UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>VENTO, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01616-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR JURY TRIAL<br><br>(ECF No. 9) |

    Plaintiff Sammy R. Quair, Sr., ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on October 16, 2014, and requested a jury trial.  (ECF No. 1, p. 13.)  On December 12, 2014, Plaintiff filed a second demand for a jury trial.  (ECF No. 9.)

    Consistent with Plaintiff's request, claims brought under 42 U.S.C.§ 1983 are triable by jury. <u>City of Monterey v. Del Monte Dunes at Monterey, Ltd.</u>, 526 U.S. 687, 709 (1999); Fed. R. Civ. P. 38(a).  Accordingly, unless the parties later stipulate to a court trial, this action shall remain a jury action.  Fed. R. Civ. P. 39(a).

    Based on the foregoing, Plaintiff's motion demanding a jury trial is DENIED.

IT IS SO ORDERED.

    Dated:  **June 8, 2015**           /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE