**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMMY R. QUAIR, SR., <br><br> Plaintiff, <br><br> v. <br><br> VENTO, et al., <br><br> Defendants. | Case No.: 1:14-cv-01616-BAM (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS <br><br> (ECF No. 29) |

Plaintiff Sammy R. Quair, Sr. ("Plaintiff") is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to the jurisdiction of a United States Magistrate Judge. (ECF No. 7.) This action concerns events that occurred while he was a pretrial detainee in the Kings County Jail.

On May 10, 2016, Plaintiff filed a motion to stay all proceedings in this matter until May 18, 2016, because he expects to be released on parole on that date. (ECF No. 29.) He further states that he plans to inform the Court of his new mailing address.

Plaintiff's motion is denied. This action is currently in the screening stage, and the Court will screen his amended complaint in due course. Plaintiff appears to be concerned about missing mail from the Court related to this case while he is in the parole process. The Court does not expect to issue a screening order on or before May 18, 2016 in this matter. Nevertheless, Plaintiff should promptly inform the Court of his new address, as required by the Local Rules, so that he does not miss any

1

communications pertaining to this matter. Plaintiff is further informed that he has nothing due at this time.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to stay (ECF No. 29), is DENIED.

IT IS SO ORDERED.

Dated: **May 17, 2016**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE